UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeniere K. Evans

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

The City OF New York
Samaritan Daytop Village

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4th Amendment

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, Samarita Day. Village is incorporated under the laws of
the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) New York

and has its principal place of business in New York .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Jeniere              K.              Evans
First Name          Middle Initial          Last Name

690 E 182 nd  St. Apt. 3H
Street Address

Bronx                   Ny              10457
County, City                    State              Zip Code

(718) 600-4338              evansjeniere30@gmail
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    The City Of New York
_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State              Zip Code

Defendant 2:    Samaritan Daytop Village
_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

247 49th Street
_____
Current Work Address (or other address where defendant may be served)

Brooklyn                    NY
_____
County, City                State              Zip Code

Defendant 3:    ~~NYPD (68th Precinct)~~
_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

Brooklyn                    NY
_____
County, City                State              Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

**United States District Court Of The**

**Southern District Of New York**

-----------------------------------------------

Jeniere K. Evans


-against-


The City Of New York                                    *Statement*

Samaritan Daytop Village                                  ~~COMPLAINT~~


-----------------------------------------------


## ~~COMPLAINT~~

Comes now, through the action of the plaintiff, and files this complaint against defendants, for cause would show as follows:


1.  Plaintiff is an adult resident of: 690 East 182nd street Apt. 3h
                                Bronx, NY, 10457


2.  Defendants will be served through the process of this court.


3.  On, or about the day of **July, 2021**, the defendants filed a claim with**68th PRECINT**, claiming that the plaintiff Assaulted a resident, in the facility, where the plaintiff lived at the time ,**Samaritan Daytop Village,  247 49th street, Brooklyn, Ny, Ny west 182nd**, as a result of the defendants actions, plaintiff was arrested, and  imprisoned**.**  The information in the affidavits, and complaints were not true, and as a result of  lack of evidence,  the case was dismissed.


4.  The actions of the Defendants were wrongful, malicious, and designed to embarrass, and damage plaintiff. Plaintiff suffered mental, and emotional anguish as a result of the defendants wrongful actions. Plaintiff believes the staff, and cops misrepresented the facts, to make the arrest, **(see Body**

**cam footage of arrest)**, also the plaintiff was wrongfully imprisoned, as a result of the defendants deliberate, and malicious conduct.

5. Plaintiff has suffered harm to his reputation, humiliation, embarrassment, mental anguish, and distress by being arrested by the 68th precint, on the false charges brought by the defendants.

6. Plaintiff will show that the actions of the defendants herein, reflect a malicious, intentional, willful, and reckless disregard of the plaintiffs rights, under the **§1983 Act**, and his **4th amendment** rights under the **U.S. Constitution** herein, and warrant an award of punitive damages to the plaintiff.

**SUING For:**

False Arrest
False Imprisonment
Harassment
Emotional Distress

**Amount Of Civilsuit:**

$200,000

**Sworn To Me Before This** ------- 21
**Day Of** _Oct_ ------, **2021**

ANDREW G. VARELA
Notary Public, State of New York
Qualified in Kings County
Reg. No. 24-4524268
My Commission Expires Sept. 30, 20 22

Jeniere K. Evans

**Print Name**

**Signature**

evansjeniere3@gmail)

**Email**

(718) 600-4358

**Phone Number**

**United States District Court of The**

**Southern District of New York**

-----------------------------------------------

**In The Matter of The Claim of**

Jeniere K. Evans

 -against-

The City of New York

~~New York City Police Department (68ᵗʰ precint)~~                    **Notice Of Claim**

Samaritan Daytop Village

~~Roberto Lopez~~                                          J.E.

-----------------------------------------------

**PLEASE TAKE NOTICE** that the claimant herein hereby makes claim and demands judgement against you as follows:

1. **Pro se Litigant:**
   --------------------

   **Name:** Jeniere K. Evans

   **Gmail:** evansjeniere3@gmail.com

   **Phone: Number:** (718) 600-4338

   **Address:** 690 East 182ⁿᵈ street Apt. # 3H

       Bronx, NY, 10457

2. **Nature Of The Claim:**

   A false allegation was made by the defendants, which was dismissed, due to lack of evidence, the allegation derived from a exaggerated complaint, and falsified statements, to make an arrest from the police, the victim, and staff, during the case I was falsely arrested, imprisoned, and my **4ᵗʰ Amendment** rights under **The U.S. Constitution** was violated.

Dated: _Oct. 21_, 2021


_Jeniere K. Evans_
**Print Name**

_J. K. E~_
**Signature**


I Jeniere K. Evans, am the claimant in the above-entitled action, I have read the foregoing, and know the contents thereof. The contents are true to my own knowledge, except as to matters therein stated to be alleged upon information and belief, as to those matters I believe them to be true.


**Sworn to before me on this** ---_21_---

**Day of** ---_Oct_---, 2021

_Anch Vlaf_

**Notary Public**

ANDREW G. VARELA
Notary Public, State of New York
Qualified in Kings County
Reg. No. 24-4524268
My Commission Expires Sept. 30, 2022

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/21/2021 | _Q. Ev_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Jeniere | K | Evans |
| First Name | Middle Initial | Last Name |

690 E 182nd St Apt 3H
Street Address

| | | |
|---|---|---|
| Bronx | NY | 10457 |
| County, City | State | Zip Code |

| | |
|---|---|
| (718) 600-4338 | evansjeniere3@gmail |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.